# Court of Appeals
# of the State of Georgia

ATLANTA,     March 28, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0269.  ANOTOLE EKIKOME MBE v. STATE OF GEORGIA.**

Anotole Ekikombe Mbe has applied for discretionary review of the denial of his petition for writ of error coram nobis, in which he sought to vacate a 2006 guilty plea.  The State of Georgia has moved to dismiss the application for lack of jurisdiction.  The State's motion to dismiss is hereby DENIED.  Mbe's application is also DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/28/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*